■ In the Matter of JAMES P. REGAN, a Disbarred Attorney. [608 NYS2d 828] —Petition granted and petitioner's name restored to the roll of attorneys and counselors-at-law in the State of New York effective February 1, 1994. Concur—Sullivan, J. P., Carro, Rosenberger, Ross and Rubin, JJ.

■ In the Matter of CHARLES M. POWELL, JR. (Admitted as CHARLES MICHAEL POWELL, JR.), a Suspended Attorney. [608 NYS2d 828] —Motion granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective February 1, 1994. Concur—Sullivan, J. P., Carro, Kupferman, Asch and Tom, JJ.